IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00398-BNB

THURMAN HARRISON, JR.,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HEALTH SCIENCE [sic] CENTER,
PEER I THERAPEUTIC COMMUNITY,
PAUL THOMPSON,
BARBARA SANCHEZ,
TRUDY, Staff Member, Peer I,
RICK, Staff Member, Peer I, and
JOHN AN [sic]/OR JANE DOE, Staff Members,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 3 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

    DATED June 23, 2008, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                . United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00398-BNB

Thurman Harrison, Jr.
Prisoner No. 47608
Fremont Correctional Facility
PO Box 999 - Unit 2-F-16
Cañon City, CO 81215-0999

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _6/23/08_

GREGORY C. LANGHAM, CLERK

By: _____
                 Deputy Clerk