FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 5 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00398-WYD-MJW

THURMAN HARRISON, JR.,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HEALTH SCIENCE [sic] CENTER,
PEER I THERAPEUTIC COMMUNITY,
PAUL THOMPSON,
BARBARA SANCHEZ,
TRUDY, Staff Member, Peer I,
RICK, Staff Member, Peer I, and
JOHN AN [sic]/OR JANE DOE, Staff Members,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is hereby

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: July 15, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00398-WYD-MJW

Thurman Harrison, Jr.
Doc No. 47608
Fremont Corr. Facility
PO Box 999
Canon City, CO 81215

US Marshal Service
Service Clerk
Service forms for: University of Colorado Health Science [Sic] Center, Peer I Therapeutic Community, Paul Thompson, Barbara Sanchez, Trudy, Staff Member, and Rick, Staff Member

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on UNIVERSITY OF COLORADO HEALTH SCIENCE [sic] CENTER, PEER I THERAPEUTIC COMMUNITY, PAUL THOMPSON, BARBARA SANCHEZ, TRUDY, Staff Member, and RICK, Staff Member; Second AMENDED COMPLAINT FILED 06/03/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7-15-08.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk