IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00398-WYD-MJW

THURMAN HARRISON, JR.,

Plaintiff,

v.

UNIVERSITY OF COLORADO HEALTH SCIENCE CENTER, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the defendants' Motion to Amend Defendants' Motion to Dismiss (Docket No. 32) is granted, and the defendants' notice of claim argument is withdrawn from its motion to dismiss.

Date: August 15, 2008